# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| KINNEY LEE FIELDS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-1565-S-BW |
| | § | |
| KEVIN KELLEY | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, Plaintiff's case will be dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED.**

SIGNED November 22, 2024.

_____
**UNITED STATES DISTRICT JUDGE**